```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTIAN BATTISTI,

                               Plaintiff,                                    **ORDER**
                                                                                 18-CV-10033 (KHP)

                   -against-

PAIGE HOSPITALITY GROUP, LLC, et al.,

                               Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On October 8, 2019, this Court held a *Cheeks* hearing and approved the parties' settlement on the record. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). In light of the parties' representation that they have settled this matter, this action will be dismissed without costs (including attorneys' fees) to either party on **November 8, 2019,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before November 8, 2019**; any request filed thereafter may be denied solely on that basis.

**SO ORDERED.**

Dated: New York, New York
          October 8, 2019

                                                                       */s/ Katharine H. Parker*
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge